433 A.2d 544

Commonwealth v. Paige, Appellant.

Submitted June 13, 1980. Harris T. Bock, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Orders of the court below affirmed.